NOTE — Reported at 396 N.E.2d 405.

ROBERT ALAN BLAKE *v.* DUNN FARMS INCORPORATED.

[No. 2-178A28. Filed November 5, 1979. Rehearing granted January 22, 1980. Transfer granted December 5, 1980.]

REPORTER'S NOTE: This opinion is reported at 396 N.E.2d 415. The opinion on rehearing is reported at 399 N.E.2d 431. The Supreme Court granted transfer and vacated both opinions of the Court of Appeals under number 1280 S 431. That opinion is reported at 413 N.E.2d 560.

---

5. *See* 98 A.L.R.2d 966 (1964), as relied upon by the majority.